IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 07-CV-126-WDS |
| | ) | |
| G.D. SEARLE, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: May 2, 2007.**

                                                      s/ WILLIAM D. STIEHL
                                                          DISTRICT JUDGE

Case reassigned to United States District Judge J. Phil Gilbert.  All future pleadings shall bear Case No. 07-126-JPG.